IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| PATRICIA ANN MCCOY, | ) 08-0644-M |
| Defendant. | ) |

## CONSENT JUDGMENT

A stipulation for entry of final judgment of consent having been filed by the parties on February 19, 2009 (Doc. 4);

## FIRST CAUSE OF ACTION

Judgment is, therefore, hereby rendered in favor of plaintiff, United States of America, and against defendant, Patricia Ann McCoy, in the amount of $6,788.81 (principal of $2,500.00, interest in the amount of $4,288.81 through August 20, 2008), plus interest at 7.00% per annum from August 20, 2008, through the date of judgment, and interest at the legal rate of  .64 % pursuant to 28 U.S.C. §1961 from the date of judgment until paid in full, and court costs.

## SECOND CAUSE OF ACTION

Judgment is, therefore, hereby rendered in favor of plaintiff, United States of America, and against defendant, Patricia Ann McCoy, in the amount of $3,821.42 (principal of $1,478.28, interest in the amount of $2,343.14 through August 20, 2008), plus interest at 7.00% per annum from August 20, 2008, through the date of judgment, and interest at the legal rate of ___.64___ % pursuant to 28 U.S.C. §1961 from the date of judgment until paid in full, and court costs.

DONE this __20th__ day of __February__, 2009.

s/Bert W. Milling, Jr.
UNITED STATES MAGISTRATE JUDGE